UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

NICOLAS M. PEREZ-MALDONADO,
    Defendant,

Misc No. 98-0008(PG)

Collection of Money

**INSTALLMENT PAYMENT ORDER**

The plaintiff herein has filed a motion requesting an installment payment order.

For the reasons stated therein and it appearing from the records of this Court in the above mentioned case that a civil judgment was entered on March 20, 1991 at the District Court of the Commonwealth of Puerto Rico, San Juan Part, and which was duly registered on February 16, 1998 in the United States District Court for the District of Puerto Rico against the defendant Nicolas M. Perez-Maldonado, in the above cited action; and further,

It appearing that the defendant could make a full payment of the total amount owed and that the defendant is receiving substantial non-exempt disposable earnings from his self employment as a Medicine Doctor at Torre San Pablo Medical Center, Suite 401, Bayamon, Puerto Rico;

NOW THEREFORE, IT IS HEREBY ORDERED that Nicolas M. Perez-Maldonado make a final payment of $5,118.08, plus post-judgment

interest from September 19, 2002 to the date of payment at the rate of 5.34% compounded annually; plus $511.80 of surcharge.

Said payment shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, Torre Chardon, Suite 1201, 350 Carlos Chardon Street, Hato Rey, Puerto Rico 00918, to be applied upon the judgment entered in this case; and further,

Further defendant is hereby ordered to submit to plaintiff a duly filled out OBD-500 Form.

Defendant is ADMONISHED that failure to show good cause for lack of compliance with this Order could result in contempt of the Court.

SO ORDERED.

In San Juan Puerto Rico, this _21st_ day of _October_, 2002.

_____
HON. JUAN PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE