UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'03 FEB -3 PM 2: 13
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

UNITED STATES OF AMERICA
Plaintiff

v.

NICOLAS M. PEREZ-MALDONADO
Defendant

Misc.
Civil No. 98-CV-0008(PG)

Collection of Money

**ORDER TO SHOW CAUSE**

Upon request for order to show cause filed by plaintiff and it appearing from the records of this Court in the instant case that on October 21, 2002, this Court issued an Installment Payment Order instructing defendant Nicolas M. Perez-Maldonado to make a final payment of $5,118.08, interest from September 19, 2002 to the date of payment at the rate of 5.34%, and $511.80 of a surcharge,

And it appearing that defendant, Nicolas M. Perez-Maldonado, was notified with Installment Payment Order and has failed to pay to the plaintiff and failed to show good cause for his lack of compliance with this Court Order,

IT IS HEREBY ORDERED that defendant Nicolas M. Perez-Maldonado show cause within the next twenty (20) days as to why it he should not be held in contempt for failure to abide with the Court Order issued on October 21, 2002.

SO ORDERED.

At San Juan, Puerto Rico, on January 30, 2003.

_____
JUAN PEREZ-GIMENEZ
United States District Court Judge