UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiffs,

    v.                                    Civ. No. 98-0008(PG)

NICOLAS M. PEREZ MALDONADO,

    Defendant.

## FINAL ORDER TO SHOW CAUSE

On January 30, 2003, this Court issued an Order to Show Cause (Docket No. 7) to Defendant Nicolas M. Perez Maldonado as to why he should not be held in contempt for failure to abide with an Installment Payment Order (Docket No. 4) issued by this Court on October 21, 2002.

It is hereby ordered that Defendant Nicolas M. Perez Maldonado show cause within the next fifteen (15) days as to why he should not be held in contempt for failure to abide with this Court's previous orders.

Date: April 3, 2003.

                                                      JUAN M. PEREZ-GIMENEZ
                                                      U.S. District Judge